Núm. 6937.—PUEBLO, apldo. *v.* IGLESIAS, aplte.—C. D. Aguadilla. ▬▬▬▬▬▬ Marzo 28, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, el único señalamiento de error es:

"Que la Corte de Distrito de Aguadilla cometió manifiesto error al apreciar la prueba practicada durante el juicio".

POR CUANTO, examinada la transcripción de la evidencia no encontramos error alguno en la apreciación de la prueba tan manifiesto que exija una revocación de la sentencia apelada.

POR TANTO, se confirma dicha sentencia dictada por la Corte de Distrito de Aguadilla en agosto 6, 1937.

El Juez Asociado Sr. Córdova Dávila no intervino.